UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>NATHAN HARVEY #358931</u>,

    Plaintiff,

v.                                                    No.:   3:05-cv-071
                                                              (VARLAN/GUYTON)

<u>DR. TIMOTHY P. McCONNELL</u> and
<u>SHERIFF JAMES L. BERRONG</u>,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                s/ Thomas A. Varlan
                                                UNITED STATES DISTRICT JUDGE